## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| ABDI H. ABDI, | ) | |
| --- | --- | --- |
| | ) | |
| **Plaintiff** | ) | |
| v. | ) | Civil No. 10-89-P-S |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| **Defendants** | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 15) filed December 28, 2010, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Commissioner's Decision is **AFFIRMED**.

                                                  /s/ George Z. Singal
                                                United States District Judge

Dated this 24th day of January, 2011.